CITY OF COVINGTON, KENTUCKY, *v.* PUBLIC SERVICE COMM'N OF KENTUCKY ET AL.

No. 628.   Decided March 21, 1960.

*Charles S. Rhyne* and *S. White Rhyne, Jr.* for appellant.

*Jerome M. Alper* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

SMITH ET AL. *v.* COLUMBIA COUNTY, OREGON, ET AL.

No. 645.   Decided March 21, 1960.

*Robert T. Mautz* for appellants.

*Robert Y. Thornton,* Attorney General of Oregon, and *Carlisle B. Roberts* and *Theodore W. deLooze,* Assistant Attorneys General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.